563 U.S. 929, 131 S. Ct. 1813, 179 L. Ed. 2d 794, 2011 U.S. LEXIS 2803.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 605 F.3d 359.

**No. 10-1099. Pierce O'Donnell, Petitioner v. United States.**

563 U.S. 929, 131 S. Ct. 1837, 179 L. Ed. 2d 794, 2011 U.S. LEXIS 2618.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 608 F.3d 546.

**No. 10-7719. Eric Ortiz, Petitioner v. United States.**

563 U.S. 929, 131 S. Ct. 1813, 179 L. Ed. 2d 794, 2011 U.S. LEXIS 2771.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 621 F.3d 82.

**No. 10-7814. Ghaleb Nassar Al-Bihani, Petitioner v. Barack H. Obama, President of the United States, et al.**

563 U.S. 929, 131 S. Ct. 1814, 179 L. Ed. 2d 794, 2011 U.S. LEXIS 2620.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 389 U.S. App. D.C. 26, 590 F.3d 866.

**No. 10-7824. Mickey Loniello, Nathaniel Aguilar, and Walter Thornton, Petitioners v. United States.**

563 U.S. 929, 131 S. Ct. 1814, 179 L. Ed. 2d 794, 2011 U.S. LEXIS 2743.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 610 F.3d 488.

**No. 10-8731. Ronnie M. Lyles, Petitioner v. Mary Ann Vial Lemmon, et al.**

563 U.S. 929, 131 S. Ct. 1818, 179 L. Ed. 2d 794, 2011 U.S. LEXIS 2680,

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 405 Fed. Appx. 923.

**No. 10-9234. Lyle Jones, Jr., Petitioner v. United States.**

563 U.S. 929, 131 S. Ct. 1830, 179 L. Ed. 2d 794, 2011 U.S. LEXIS 2809.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Jus-

tice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 408 Fed. Appx. 416.